IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANDREW MOMMSEN,
HUGH MOMMSEN and
KAREN MOMMSEN,

                                                          ORDER

                      Plaintiffs,

                                                 07-C-455-C

      v.

TOYOTA MOTOR CORPORATION,

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiffs have filed an amended complaint within the time specified in the magistrate judge's preliminary pretrial conference order that satisfies me that there is complete diversity of citizenship between the parties. Therefore, this case will proceed according to the schedule agreed upon at the preliminary pretrial conference.

      Entered this 23rd day of November, 2007.

                                         BY THE COURT:

                                       /s/

                                       BARBARA B. CRABB
                                       District Judge